People of the State of Illinois, Plaintiff-Appellee, v. Henry. McClellan, Defendant-Appellant.

Gen. No. 49,878.

First District, Second Division.
November 16, 1965.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and Frederick F. Cohn, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Richard T. Buck, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.